IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| DUSTIN KIMBRELL, INDIVIDUALLY<br>AND ON BEHALF OF ALL OTHERS<br>SIMILARLY SITUATED<br><br>Plaintiff,<br><br>v.<br><br>BASIC ENERGY SERVICES INC.<br>A DELAWARE CORPORATION,<br>D/B/A BASIC ENERGY SERVICES<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | NO. 2:15-cv-00238 SMV/KBM |

**ORDER GRANTING DEFENDANT BASIC ENERGY SERVICES INC.'S
FIRST AMENDED UNOPPOSED MOTION TO EXTEND TIME TO ANSWER
OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Before the Court is Defendant Basic Energy Services Inc.'s First Amended Unopposed Motion to Extend Time to Answer or Otherwise Respond to Plaintiff's Original Complaint. The Court finds the Motion should be GRANTED. It is therefore ORDERED that the time for Defendant Basic Energy Services Inc. to answer or otherwise respond to Plaintiff's Complaint is extended through and including April 24, 2015.

_____
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted,

By: /s/ *Jason R. Regas*
Marc D. Katz
Fed. Bar No. *pending*
marckatz@andrewskurth.com
Jason R. Regas
Fed. Bar No. 15-62
jasonregas@andrewskurth.com
Andrews Kurth LLP
1717 Main Street, Suite 3700
Dallas, TX  75201
Phone:  (214)659-4400
Fax:  (214)659-4401

**ATTORNEYS FOR DEFENDANT,
BASIC ENERGY SERVICES, INC.**

AGREED TO:

 /s/ *Jeremi K. Young*      on 3/31/15_____
Jeremi K. Young, Esq.